# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CAUSE NO: EP-25-CR-00268-DCG** |
| **JOSEPH LAVAR DAVIS,** | § § § | |
| **Defendant.** | § § | |

## GOVERNMENT'S PROPOSED LIST OF WITNESSES

1. John Broberg;

2. Veronica Chavira—Senior Digital Forensic Examiner, Federal Bureau of Investigation;

3. Jatavis Fuse;

4. Shanika Jobson—Chief of the Southern Region, Defense Logistics Agency, Office of the Inspector General, Investigations Division;

5. Anfernee Lovelady;

6. Jeff Morgan—Food Program Manager, Fort Bliss;

7. Lynne Mundy—Special Agent, Federal Bureau of Investigation;

8. Todd Petkus—Special Agent, Federal Bureau of Investigation;

9. David Som - Special Agent, Federal Bureau of Investigation;

10. Evelyn Torres –Digital Forensic Examiner, Federal Bureau of Investigation;

11. Tyrone Turner;

12. Daniel Valles – Forensic Accountant, Federal Bureau of Investigation.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:      _____/s/_____
LORI HUGHES
Assistant U.S. Attorney
Texas Bar #00786275
MALLORY J. RASMUSSEN
Assistant U.S. Attorney
Illinois Bar #6306034
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing instrument was provided to the attorneys of record for Defendant via email.

_/s/_____
MALLORY J. RASMUSSEN
Assistant U.S. Attorney