# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL NO. EP-25-CR-00268-DCG |
| | § | |
| | § | |
| JOSEPH LAVAR DAVIS | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S PROPOSED LIST OF WITNESSES

1. John Broberg;

2. Veronica Chavira—Senior Digital Forensic Examiner, Federal Bureau of Investigation;

3. Jatavis Fuse;

4. Shanika Jobson—Chief of the Southern Region, Defense Logistics Agency, Office of the Inspector General, Investigations Division;

5. Anfernee Lovelady;

6. Jeff Morgan—Food Program Manager, Fort Bliss;

7. Lynne Mundy—Special Agent, Federal Bureau of Investigation;

8. Todd Petkus—Special Agent, Federal Bureau of Investigation;

9. David Som - Special Agent, Federal Bureau of Investigation;

10. Evelyn Torres –Digital Forensic Examiner, Federal Bureau of Investigation;

11. Tyrone Turner;

12. Daniel Valles – Forensic Accountant, Federal Bureau of Investigation; and

13. Bruce Campbell – Investigator.

Respectfully submitted,

**JOSHUA C. SPENCER**
1009 Montana Ave.
El Paso, Texas 79902
joshua@lawrhinos.net
Tel: (915)800-0691
Fax: (915)532-7535


BY:  */s/Joshua C. Spencer*
      **JOSHUA C. SPENCER**
      State Bar No. 24067879


## CERTIFICATE OF SERVICE


I, Joshua C. Spencer, counsel for the defendant, hereby certify that on May 29, 2026,  I electronically filed the foregoing *Defendant's Proposed Witness List,* with the Clerk of the Court using the CM/ECF system.


*/s/Joshua C. Spencer*
**JOSHUA C. SPENCER**
Attorney for Defendant