# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　**Plaintiff,**<br><br>**v.**<br><br><br>**JOSEPH LAVAR DAVIS,**<br>　　　**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CRIMINAL NO. EP-25-CR-00268-DCG** |

## JOINT EXHIBIT LIST

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Exhibit | Admissibility |
|---|---|---|
| 1 | Photo of MRE Pallets | Defense Objects |
| 2 | Photo of Government Property Tag | Defense Objects |
| 3 | MRE Memos - combined | Defense Objects |
| 3-A | MRE Memo 4-23-19 | Defense Objects |
| 3-B | MRE Memo 10-29-19 | Defense Objects |
| 3-C | MRE Memo 1-7-20 | Defense Objects |
| 3-D | MRE Memo 2-3-20 | Defense Objects |
| 3-E | MRE Memo 2-24-20 | Defense Objects |
| 3-F | MRE Memo 3-4-20 | Defense Objects |
| 3-G | MRE Memo 3-12-20 | Defense Objects |
| 3-H | MRE Memo 3-17-20 | Defense Objects |
| 3-I | MRE Memo 3-17-20 (2) | Defense Objects |
| 3-J | MRE Memo 3-23-20 | Defense Objects |
| 3-K | MRE Memo 4-2-20 | Defense Objects |
| 3-L | MRE Memo 4-9-20 | Defense Objects |
| 3-M | MRE Memo 4-13-20 | Defense Objects |
| 3-N | MRE Memo 4-20-20 | Defense Objects |

1

| 3-O | MRE Memo 4-29-20 | Defense Objects |
|---|---|---|
| 3-P | MRE Memo 5-8-20 | Defense Objects |
| 3-Q | MRE Memo 5-20-20 | Defense Objects |
| 3-R | MRE Memo 5-29-20 | Defense Objects |
| 3-S | MRE Memo 6-9-20 | Defense Objects |
| 3-T | MRE Memo 6-19-20 | Defense Objects |
| 3-U | MRE Memo 7-10-20 | Defense Objects |
| 3-V | MRE Memo 7-15-20 | Defense Objects |
| 3-W | MRE Memo 7-20-20 | Defense Objects |
| 3-X | MRE Memo 7-22-20 | Defense Objects |
| 3-Y | MRE Memo 7-24-20 | Defense Objects |
| 3-Z | MRE Memo 7-24-20 | Defense Objects |
| 3-ZZ | MRE Memo 8-3-20 | Defense Objects |
| 4 | Penske Rental Records - Combined | Defense Objects |
| 4-A | Penske Records 9-11-18 | Defense Objects |
| 4-B | Penske Records 12-7-18 | Defense Objects |
| 4-C | Penske Records 1-16-19 | Defense Objects |
| 4-D | Penske Records 1-29-19 | Defense Objects |
| 4-E | Penske Records 4-16-19 | Defense Objects |
| 4-F | Penske Records 8-28-19 | Defense Objects |
| 4-G | Penske Records 9-25-29 | Defense Objects |
| 4-H | Penske Records 10-15-19 | Defense Objects |
| 4-I | Penske Records 12-15-19 | Defense Objects |
| 4-J | Penske Records 1-10-20 | Defense Objects |
| 4-K | Penske Records 2-7-20 | Defense Objects |
| 4-L | Penske Records 3-24-20 | Defense Objects |
| 4-M | Penske Records 4-10-20 | Defense Objects |
| 5 | Ryder Records - Combined | Defense Objects |
| 5-A | Ryder Records 5-20-20 | Defense Objects |
| 5-B | Ryder Records 6-24-20 | Defense Objects |
| 5-C | Ryder Records 7-21-20 | Defense Objects |
| 5-D | Ryder Records 7-24-20 | Defense Objects |
| 5-E | Ryder Records 7-31-20 | Defense Objects |

2

| 5-F | Ryder Records 8-11-20 | Defense Objects |
|---|---|---|
| 5-G | Ryder Records 8-12-20 | Defense Objects |
| 6 | Verizon Bill-0266 | Defense Objects |
| 7 | LG Phone - Broberg | Defense Objects |
| 7-A | LG Phone (1B91) Report | Defense Objects |
| 7-B | Call - Broberg-Davis 7-17-19 | Defense Objects |
| 7-Ba | Audio of Broberg-Davis Call 7-17-19 | Defense Objects |
| 7-Bb | Transcript of Broberg-Davis Call 7-17-19 | Defense Objects |
| 7-C | Call - Broberg-Davis 7-18-19 | Defense Objects |
| 7-Ca | Audio of Broberg-Davis Call 7-18-19 | Defense Objects |
| 7-Cb | Transcript of Broberg-Davis Call 7-18-19 | Defense Objects |
| 7-D | Broberg - Lavar Signal chats | Defense Objects |
| 7-E | Broberg - Fuse Signal Chats | Defense Objects |
| 7-F | Complete WhatsApp Messages from LG Report | Defense Objects |
| 7-G | Specific WhatsApp Messages from Broberg phone | Defense Objects |
| 8 | Apple iPhone - Wynn | Defense Objects |
| 8-A | Apple iPhone (1B96) Report | Defense Objects |
| 8-B | Text Messages from iPhone Report | Defense Objects |
| 8-C | Texts between Wynn and Turner | Defense Objects |
| 9 | Lovelady Davis texts | Defense Objects |
| 10 | Phone emails Lovelady | Defense Objects |
| 11 | Photo Penske Truck | Defense Objects |
| 12 | Photo Ryder Truck | Defense Objects |
| 13 | Ameriqual Pallet | Defense Objects |
| 14 | Ameriqual Pallet 2 | Defense Objects |
| 15 | Ameriqual Pallet 3 | Defense Objects |
| 16 | Sopakco Pallet | Defense Objects |
| 17 | Sopakco Pallet 2 | Defense Objects |
| 18 | Sopakco Pallet 3 | Defense Objects |
| 19 | Wornick Pallet | Defense Objects |
| 20 | Wornick Pallet 2 | Defense Objects |
| 21 | Wornick Pallet 3 | Defense Objects |

| 22 | Red Dot on MRE Case | Defense Objects |
|---|---|---|
| 23 | Photo Warehouse MREs Forklift | AGREED |
| 24 | Photo MREs Stacked- Ladder | Defense Objects |
| 25 | Photo Warehouse MREs -Years | Defense Objects |
| 26 | Broberg's Phone | Defense Objects |
| 27 | Phone Numbers | Agreed |
| 28 | Email Addresses | Defense Objects |
| 29 | Miranda From – Joseph Davis | Agreed |
| 30 | Joseph Davis Interview-Synced | Agreed only post 2/12/20 |
| 30-A | Audio of Joseph Davis Interview | Agreed only post 2/12/20 |
| 30-B | Transcript of Joseph Davis Interview | Agreed only post 2/12/20 |
| 31 | Property Receipt J. Davis Phone | Agreed |
| 32 | Property Receipt K. Wynn Phone | Defense Objects |
| 33 | Magnet Extraction of Davis Phone | Defense Objects |
| 33-A | Case Overview | Defense Objects |
| 33-B | Extraction Screenshot | Defense Objects |
| 33-C | Ryder Rental Email 7-21-20 | Defense Objects |
| 33-D | Ryder Rental Email 7-22-20 | Defense Objects |
| 33-E | Ryder Rental Email 7-27-20 | Defense Objects |
| 33-F | Ryder Rental Email 7-29-20 | Defense Objects |
| 33-G | Penske Reservation Email 8-3-20 | Defense Objects |
| 33-H | Penske Email Employee 8-3-20 | Defense Objects |
| 33-I | Penske Pick-up Email 8-3-20 | Defense Objects |
| 33-J | Penske Drop off Email 8-4-20 | Defense Objects |
| 33-K | Penske Reservation Email 8-11-20 | Defense Objects |
| 33-L | Penske Pick-up Email 8-1-20 | Defense Objects |
| 33-M | Penske Drop off Email 8-3-20 | Defense Objects |
| 33-N | Ryder Modification Email 8-11-20 | Defense Objects |
| 33-O | Ryder Records 5-20-20 | Defense Objects |
| 33-P | Ryder Records 6-24-20 | Defense Objects |
| 33-Q | Ryder Records 7-21-20 | Defense Objects |

| 33-Qa | Ryder Records 7-24-20 | Defense Objects |
|---|---|---|
| 33-R | Ryder Records 7-31-20 | Defense Objects |
| 33-Ra | Ryder Records 8-11-20 | Defense Objects |
| 33-S | Ryder Records 8-12-20 | Defense Objects |
| 33-Sa | Verizon Bill-0266 | Defense Objects |
| 33-T | LG Phone -Broberg | Defense Objects |
| 33-Ta | LG Phone (1B91) Report | Defense Objects |
| 33-U | Call - Broberg-Davis 7-17-19 | Defense Objects |
| 33-Ua | Transcript of Call - Broberg-Davis 7-17-19 | Defense Objects |
| 33-V | Call - Broberg-Davis 7-18-19 | Defense Objects |
| 33-Va | Transcript of Call - Broberg-Davis 7-18-19 | Defense Objects |
| 33-W | Broberg-Lavar Signal chats | Defense Objects |
| 33-Wa | Broberg-Fuse Signal Chats | Defense Objects |
| 33-X | Complete WhatsApp Messages from LG Report | Defense Objects |
| 33-Xa | Specific WhatsApp Messages from Broberg phone | Defense Objects |
| 33-Y | Apple iPhone - Wynn | Defense Objects |
| 33-Ya | Apple iPhone (1B96) Report | Defense Objects |
| 33-Z | Text Messages from iPhone Report | Defense Objects |
| 33-Za | Texts between Wynn and Turner | Defense Objects |
| 33-Zb | Lovelady Davis Texts | Defense Objects |
| 34 | Photo of Warehouse | Defense Objects |
| 35 | Fuse-Broberg Signal Chats | Defense Objects |
| 36 | Photo MRE Repackage | Defense Objects |
| 37 | Photo FedEx Truck | Defense Objects |
| 38 | Davis Calls Broberg 7-19-19 | Defense Objects |
| 39 | Davis Wire Info 7-19-19 | Defense Objects |
| 40 | Davis Gets 3K | Defense Objects |
| 41 | Davis Asks Broberg re MRE | Defense Objects |
| 42 | Phone Emails | Defense Objects |
| 43 | Lavar Signal Chats | Defense Objects |
| 44 | Warm N Sunny – Financial Transactions | Defense Objects |
| 45 | Jatavis Fuse – Financial Transactions | Defense Objects |
| 46 | Joseph Davis – Financial Transactions | Defense Objects |

| 47 | Tyrone Turner – Financial Transactions | Defense Objects |
|----|----------------------------------------|-----------------|
| 48 | Kenneth Wynn – Financial Transactions | Defense Objects |
| 49 | Compilation 4-9-20 | Defense Objects |
| 50 | Compilation 4-29-20 | Defense Objects |
| 51 | Compilation 5-8-20 | Defense Objects |
| 52 | Compilation 5-20-20 | Defense Objects |
| 53 | Compilation 5-29-20 | Defense Objects |
| 54 | Compilation 6-9-20 | Defense Objects |
| 55 | Compilation 6-19-20 | Defense Objects |
| 56 | Compilation 7-15-20 | Defense Objects |
| 57 | Compilation 7-20-20 | Defense Objects |
| 58 | Compilation 7-22-20 | Defense Objects |
| 59 | Compilation 7-24-20 | Defense Objects |
| 60 | Compilation 8-3-20 | Defense Objects |
|    |                    |                 |
|    |                    |                 |

## DEFENSE EXHIBITS

| Exhibit No. | Description | Admissibility |
|:-----------:|:-----------:|:-------------:|
| 1 | NONE |  |

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

_____/s/_____
LORI HUGHES &
MALLORY RASMUSSEN
Assistant U.S. Attorneys
700 E. San Antonio, Suite 200
El Paso, Texas 79901

_____/s/_____
JOSHUA C. SPENCER
*Attorney for Defendant*

6