FILED

2026 JUN 24 PM 3: 35

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA,  §
                           §
v.                         §
                           §
                           §    EP-25-CR-00268-DCG-2
(2) Joseph Lavar Davis,    §
                           §
        Defendant.         §

## VERDICT FORM

1. We, the jury, find Defendant, **JOSEPH LAVAR DAVIS**, ___Guilty___ (*guilty/not guilty*) as to the charge in Count One of the Indictment (Conspiracy to Commit Theft of Government Property).

2. We, the jury, find Defendant, **JOSEPH LAVAR DAVIS**, ___Guilty___ (*guilty/not guilty*) as to the charge in Count Two of the Indictment (Theft of Government Property).

**SIGNED** on this 24th day of June 2026, in El Paso, Texas.

████████████████████

FOREPERSON